```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ HENRY Z. CARBAJAL III
   │ Assistant United States Attorney
 3 │ United States Courthouse
   │ 2500 Tulare Street, Suite 4401
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
 5 │ Facsimile: (559) 497-4099
 6 │ Attorneys for the
   │ United States of America
 7 │
```

**FILED**

SEP 0 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00140 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING INDICTMENT AS |
|  | ) TO DEFENDANT MARVIN MOUA |
| MARVIN MOUA, | ) |
| Defendant. | ) |

## ORDER DISMISSING INDICTMENT AS TO DEFENDANT MARVIN MOUA

On September 2, 2011, the Court held a status conference in the above-captioned case. Assistant United States Attorney Henry Z. Carbajal III personally appeared on behalf of the United States. Attorney Mark A. Broughton personally appeared on behalf of defendant Marvin Moua, who personally appeared in court in custody.

Upon the Government's oral motion to dismiss the indictment, including counts one, three and seven and the forfeiture allegation, as to Marvin Moua only, the Court Orders as follows:

///
///

[Proposed] Order Dismissing
Indictment as to Marvin Moua

USM, Fresno, hand-delivered copy on 9-2-11

1 | IT IS HEREBY ORDERED that counts one, three and seven and the
2 | forfeiture allegation of the indictment are dismissed as to defendant
3 | Marvin Moua only, in the interests of justice.

IT IS SO ORDERED.

DATED: 9-2-11

　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　HON. LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE